JAMES T. KENNEDY, Appellant, *v.* BOWMAN BILTMORE HOTEL CORPORATION, Operating the Hotel Biltmore, Respondent.

Supreme Court, Appellate Term, First Department, November 8, 1935.

*Max J. Gwertzman,* for the appellant.

*James B. Henney,* for the respondent.

PER CURIAM. The watch involved while ornamented with diamonds was primarily an article of daily use and not a jewel, ornament or precious stone within the meaning of section 200 of the General Business Law. (See *Ramaley* v. *Leland*, 43 N. Y. 539; *Briggs* v. *Todd*, 28 Misc. 208; *Jones* v. *Hotel Latham Co.*, 62 id. 620.) Nor would the fact that a broken clasp made it unsafe to wear the watch on the day of its loss change the nature of the article. (*Briggs* v. *Todd, supra.*) The question of ownership was not raised below.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff in the amount of $500 with interest and costs.

All concur. Present — LYDON, CALLAHAN and SHIENTAG, JJ.